**Order filed June 16, 2022**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-22-00130-CV

_____

**TERESA SHUMSKIE, Appellant**

**V.**

**TRINA FINNELL, Appellee**

**On Appeal from the 441st District Court**

**Midland County, Texas**

**Trial Court Cause No. CV56097**

### O R D E R

On May 27, 2022, Appellant, Teresa Shumskie, filed a motion in this court pursuant to Rule 24.4 of the Texas Rules of Appellate Procedure. She requested that this court (1) issue emergency temporary orders to prevent disbursement of money held in the registry of the trial court and (2) vacate the trial court's supersedeas orders and rule on the merits of Appellant's request for a supersedeas bond. *See* TEX. R. APP. P. 24.4. Pursuant to Appellant's request, we issued an order granting a temporary stay. *See* TEX. R. APP. P. 24.4(c).

The parties have now reached an agreement regarding supersedeas, the funds held in the registry of the trial court, and the enforcement of the trial court's judgment. Furthermore, the trial court has signed an agreed order effectuating the parties' agreement. Appellant has notified this court that the agreed order moots her Rule 24.4 motion. Accordingly, we vacate our May 31, 2022 order granting a temporary stay, and we dismiss as moot Appellant's Emergency Rule 24.4 Motion for Temporary Orders and for Review of Trial Court Supersedeas Rulings.

PER CURIAM

June 16, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.